**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **ASIA THOMAS,** | : | |
| **Petitioner,** | : | |
| | : | |
| **v.** | : | **CIVIL ACTION NO. 26-CV-5133** |
| | : | |
| **THE CITY OF PHILADEPHIA** | : | |
| **COUNTY ASSISTANCE OFFICE, *et al.*,** | : | |
| **Respondents.** | : | |

**ORDER**

AND NOW, this 12th day of November, 2026, upon consideration of Petitioner Asia Thomas's *pro se* Motion to Proceed *In Forma Pauperis* (ECF No. 8), Petitions for Writ of Mandamus (ECF Nos. 1, 7, 10), Amended Complaint (ECF No. 13), and Motions for Expedited Hearing (ECF Nos. 2, 7, 10) it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2. The Amended Complaint is **DEEMED** filed.

3. The Clerk of Court is **DIRECTED** to **TERMINATE** Lisa Camps as a party in this case.

4. The Amended Complaint is **DISMISSED WITHOUT PREJUDICE** for failure to state a claim for the reasons stated in the Court's Memorandum.

5. All requests for mandamus relief (ECF Nos. 1, 7, 10, and 13), are **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction for the reasons stated in the Court's Memorandum.

6. No leave to amend is granted.

7. The Motions for Expedited Hearing (ECF Nos. 2, 7, and 10) are **DENIED** as moot.

8. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

**BY THE COURT:**

**HON. MIA R. PEREZ**